# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| AARON WIKKERINK | CIVIL ACTION NO. 05-0473 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights action be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted, and, as frivolous for seeking monetary damages against defendants who are immune from such relief, all pursuant to the provisions of 28 U.S.C. § 1915(e)(2).

IT IS FURTHER ORDERED that Plaintiff's Motion to Change Relief [Doc. No. 15] is DENIED AS MOOT.

MONROE, LOUISIANA, this 14th day of July, 2005.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE